```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MICHAEL SWAILES,

                Plaintiff,

vs.                              Case No.  2:07-cv-279-FtM-29DNF

SURETY CONSTRUCTION CO., TERRY
KELLY,

                Defendants.
_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #33), filed March 5, 2008, recommending that the settlement be approved as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge finding that the settlement is fair and reasonable.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation is hereby **accepted** and **adopted**.

2.  The Confidential Settlement Agreement and Full and Final Release (Doc. #32-2) is approved as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with prejudice, terminate all pending matters and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __27th__ day of March, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
DCCD